IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-rj-00028-PAC

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,

   Plaintiff,

v.

DONALD C. KING,

   Defendant,

   and

CAROLINA HEALTH SPECIALISTS,

   Garnishee.

## ORDER DISMISSING WRIT OF GARNISHMENT

This matter coming before the Court on motion of the Plaintiff, and the Court being fully advised in the premises, IT IS HEREBY ORDERED that the Motion to Dismiss Writ of Garnishment in this case is GRANTED and the Writ of Garnishment issued on April 21, 2006 is hereby dismissed.

ORDERED and entered this 18th day of May, 2006.

BY THE COURT:

_____
UNITED STATES ~~DISTRICT JUDGE~~
Magistrate Judge